UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NOEL A. DAY, et al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| vs. ) | Case No. 4:08CV1888 AGF |
| ) | |
| ROBINWOOD WEST COMMUNITY ) | |
| IMPROVEMENT DISTRICT, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that Defendant's motion (Doc. #7) for an extension of time to file an answer is **GRANTED in part**, such that Defendant shall have up to and including **January 12, 2009**, to file an answer.

**IT IS FURTHER ORDERED** that the parties shall confer with regard to Plaintiffs' motion for limited expedited discovery (Doc. #4). In the event the parties are unable to reach an agreement with regard to Plaintiffs' motion, Defendant shall also have until **January 12, 2009**, to respond to Plaintiffs' motion for expedited discovery.

      *Audrey G. Fleissig*
      AUDREY G. FLEISSIG
      UNITED STATES MAGISTRATE JUDGE

Dated this 29th day of December, 2008