AO 133 (Rev. 9/89) Bill of Costs

# United States District Court

### EASTERN DISTRICT OF MISSOURI

Noel Day, et al.

## BILL OF COSTS

v.

Robinwood West Community Improvement District

Case Number: 4:08-cv-1888 ERW

Judgment having been entered in the above entitled action on __12/10/09__ against __Defendant__,
Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | 350.00 |
| Fees for service of summons and subpoena (if service by U.S. Marshal) | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| TOTAL | 350.00 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

counsel for Defendant

Signature of Attorney: _[signature]_

Name of Attorney: Anthony E. Rothert

For: Plaintiffs  Date: 1/12/10
Name of Claiming Party

Costs are taxed in the amount of _three hundred and fifty dollars and 00/100_ and included in the judgement.

_[signature]_ Clerk of Court   By: _[signature]_ Deputy Clerk   2/16/10 Date